***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

On respondent's petition for reconsideration filed February 17; reconsideration allowed, former disposition (324 Or App 183 (nonprecedential memorandum opinion)) withdrawn, portion of judgment requiring defendant to pay $7,500.00 in restitution vacated, remanded for resentencing, otherwise affirmed
April 12, 2023

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JODY ROBERT DEMERITT,
*Defendant-Appellant.*

Douglas County Circuit Court
20CR25282; A176733

William A. Marshall, Judge.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and E. Nani Apo, Assistant Attorney General, for petition.

Before Ortega, Presiding Judge, and Powers, Judge, and Hellman, Judge.

ORTEGA, P. J.

Reconsideration allowed; former disposition withdrawn; portion of judgment requiring defendant to pay $7,500.00 in restitution vacated; remanded for resentencing; otherwise affirmed.

**ORTEGA, P. J.**

The state petitions for reconsideration of our decision in *State v. Demeritt*, 324 Or App 183 (2023) (nonprecedential memorandum opinion), in which we accepted the state's concession of error regarding a restitution award in light of *State v. Shockey*, 285 Or App 718, 398 P3d 444, *adh'd to on recons*, 287 Or App 236, 399 P3d 491 (2017). In its petition, the state argues that our prior disposition failed to consider that an amendment to the statute relating to fines for wildlife violations called for a different disposition than the disposition from our opinion on reconsideration in *Shockey*. Although the state first brought that argument about the amendment to the court's attention in its petition for reconsideration, we nonetheless modify our disposition to allow for the parties to argue on remand for the appropriate result on resentencing.

Reconsideration allowed; former disposition withdrawn; portion of judgment requiring defendant to pay $7,500.00 in restitution vacated; remanded for resentencing; otherwise affirmed.